UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                    :

WILLIE CRENSHAW,                 :

                            Plaintiff,    :

              -against-            :

MARY BETH THOMPSON, et al.,     :

                    Defendants.  :

-------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** ___4/30/2021___

19-cv-10452 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       At today's status conference, the parties indicated that they had reached a settlement and are exchanging a stipulation of dismissal. Accordingly, it is hereby:

       ORDERED that the parties submit the stipulation of dismissal by May 7, 2021.

       IT IS FURTHER ORDERED that all deadlines be held in abeyance until the stipulation of dismissal is filed.

SO ORDERED.

Dated:  April 30, 2021
        New York, New York

                                          _____
                                          Vernon S. Broderick
                                          United States District Judge